**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| DANNY ECHOLS, | : |
|     Plaintiff, | : |
|     v. | :    CASE NO.: 7:24-CV-69 (WLS) |
| EMANUEL CASTILLO MIQUEO JOEL LASTRE GUZMAN, and HB CAR CARRIER, INC, | : |
|     Defendants. | : |

## ORDER

Before the Court is Defendant Emanuel Castillo Miqueo's ("Defendant Miqueo") Motion to Stay (Doc. 4) ("the Motion"). Therein, Defendant Miqueo asks the Court to stay the above-captioned case pending the resolution of Universal Casualty Risk Retention Group's ("Universal") application to be placed in "receivership and to issue an injunction." (Doc. 4 at 1–2). The Response period has passed with no response from Plaintiff. The Court, however, finds it necessary for Plaintiff to state his position on the Record regarding the Motion. Accordingly, Plaintiff is **ORDERED** to file a response to Defendant's Miqueo's Motion to Stay (Doc. 4) no later than **Wednesday, September 11, 2024**. Thereafter, the Court will address the Motion.

**SO ORDERED**, this 4th day of September 2024.

                                                        **/s/ W. Louis Sands**
                                                        **W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**