# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| DANNY ECHOLS, | : |
|    Plaintiff, | : |
| v. | :    CASE NO.: 7:24-CV-69 (WLS) |
| EMANUEL CASTILLO MIQUEO<br>JOEL LASTRE GUZMAN, and<br>HB CAR CARRIER, INC, | : |
|    Defendants. | : |

**ORDER**

Before the Court is Defendant Emanuel Castillo Miqueo's ("Defendant Miqueo") Motion to Stay (Doc. 4) ("the Motion"). At present, there is a discovery conference scheduled for September 17, 2023. The Court hereby *sua sponte* **SUSPENDS** that conference and any deadline related to that conference, pending the resolution of the Motion to Stay (Doc. 4). The Court will set a new conference by separate order or notice, if necessary.

**SO ORDERED**, this 10th day of September 2024.

                                                     /s/ W. Louis Sands
                                                     **W. LOUIS SANDS, SR. JUDGE**
                                                     **UNITED STATES DISTRICT COURT**