**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | |
|---|---|
| DANNY ECHOLS, | : |
| Plaintiff, | : |
| v. | : CASE NO.: 7:24-CV-69 (WLS) |
| EMANUEL CASTILLO MIQUEO, JOEL LASTRE GUZMAN, and HB CAR CARRIER, INC, | : |
| Defendants. | : |

**ORDER**

On November 18, 2024, Defendants filed a Status Report on their Receivership Matters as required by the Court's Order (Doc. 13) staying the case entered on September 18, 2024. Having reviewed the status report, the Court finds that a stay of the case remains warranted. Given the continuance in the bankruptcy case, Defendants are **ORDERED** to provide a status report regarding the receivership proceedings no later than **Wednesday, February 26, 2025**, unless a report of appointment has previously been provided to the Court.

**SO ORDERED**, this 19th day of November 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1