**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | |
|---|---|
| DANNY ECHOLS, | : |
| | : |
| Plaintiff, | : |
| v. | : CASE NO.: 7:24-CV-69 (WLS) |
| | : |
| EMANUEL CASTILLO MIQUEO, | : |
| JOEL LASTRE GUZMAN, and | : |
| HB CAR CARRIER, INC, | : |
| | : |
| | : |
| Defendants. | : |
| | : |

## ORDER

On February 12, 2025, Defendants filed a Status Report on Receivership Matters (Doc. 25) as required by the Court's Order (Doc. 23). Having reviewed the status report, the Court finds that a stay of the case remains warranted. Given the pending matters impacting the bankruptcy proceedings, Defendants are **ORDERED** to provide a status report regarding the receivership proceedings no later than **Thursday, May 15, 2025**, unless a report of appointment has previously been provided to the Court.

**SO ORDERED**, this 13th day of February 2024.

                                                  /s/ W. Louis Sands
                                                  **W. LOUIS SANDS, SR. JUDGE**
                                                  **UNITED STATES DISTRICT COURT**