## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

| | | |
|---|---|---|
| DANNY ECHOLS, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | CASE NO.: 7:24-CV-69 (WLS) |
| | : | |
| EMANUEL CASTILLO MIQUEO, | : | |
| JOEL LASTRE GUZMAN, and | : | |
| HB CAR CARRIER INC, | : | |
| | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER

On May 9, 2025, Defendants filed a Status Report (Doc. 27) in Response to the Court Order (Doc. 26) to do so. In the report, Defendants inform the Court that receivership proceedings are ongoing in two other courts. The Court stayed this case on September 18, 2024, pending the appointment of receivership. Because no activity can occur in this case until the other matters are resolved, the case is **ADMINISTRATIVELY CLOSED** until the stay is lifted. The Parties are **ORDERED** to notify the Court within 21 days of the appointment of receivership.

**SO ORDERED**, this 12th day of May 2025.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1